AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | | COMMITMENT TO ANOTHER DISTRICT |
|---|---|---|
| V. | | |
| LEE SUMMERS | | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER |  |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 03-20023 & 03-20023 | 2:05mj132-W |  |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment  ☐ Information  ☐ Complaint  X Other (specify)  Supervised Release Violation

charging a violation of          U.S.C. §

DISTRICT OF OFFENSE
CENTRAL DISTRICT OF ILLINOIS

DESCRIPTION OF CHARGES:

Violation of Supervised Release

ATTEST: A True Copy
Certified to _Nov. 1_, 20 _05_.
Clerk, U.S. District Court,
Middle District of Alabama
BY _Joyce Taylor_
       Deputy Clerk

CURRENT BOND STATUS:

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)  Waiver of identity hearing but request preliminary hearing in prosecuting district

Representation: ☐ Retained Own Counsel  ☐ Federal Defender Organization  X CJA Attorney  ☐ None

Interpreter Required?  X No  ☐ Yes  Language:

## DISTRICT OF

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 11/1/05 | s/ Susan Russ Walker |
|---|---|
| Date | Judge |

RETURNED AND FILED

## RETURN

This commitment was received and executed as follows:

JAN 18 2006

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 11/17/05 | DeWitt Co. Clinton, IL | 11/17/05 |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| 1/11/06 | Steven Leatherage | Dufn J Carroll |

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.